**ORDERED ACCORDINGLY.**



Dated: November 17, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Jeff A. Biddle, AZ State Bar No. 024241
Ryan S. Hardy, AZ State Bar No. 027307
**Biddle Law Firm, PLLC**
6642 East Baseline Road, Suite 102
Mesa, Arizona 85206
(480) 840-3138 / Fax (480) 760-2335
jeff@biddlefamilylaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In Re:

**JILL MORRIS,**
        Debtor.

Chapter: 13

Case No.: 2:10-bk-32429

## ORDER REINSTATING CASE

    The Court, having received and reviewed Debtor's Motion to Reinstate Case and good cause appearing hereby reinstates this case.

**DATED AND SIGNED ABOVE**